# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GHOLAR SR., | ) NO. CV 19-2877-ODW(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LAURA ELDRIGE, Warden, | ) |
| Respondent. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 22, 2019.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE